UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America

vs                                                    1:99-cr-607 (FJS)

Anthony Ingram

**ORDER REFERRING CASE**

At a proceeding held on August 17, 2007 before the Honorable Frederick J. Scullin, Jr., the above named defendant contested the allegations contained within a Supervised Release Violation Petition filed on August 10, 2007.  Therefore, the Court has ordered a hearing on this issue and it is hereby

ORDERED that this matter is referred to the Honorable David R. Homer for the limited purpose of conducting a hearing and issuing a report and recommendation.

**IT IS SO ORDERED**.

August 20, 2007
Syracuse, New York

                                            _____
                                            Frederick J. Scullin, Jr.
                                            Senior United States District Court Judge